MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RICHARD C. CHENG (CABN 135992)
CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    richard.cheng@usdoj.gov
    chinhayi.cadet@usdoj.gov

Attorneys for United States of America

FILED
JUN 16 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 12-00833-004 LHK |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND [PROPOSED] ORDER |
| v. | |
| OMAR GONZALEZ, | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER
CR 12-00833 LHK

## STIPULATION

Defendant Omar Gonzalez is presently scheduled for change of plea on June 18, 2014, at 11:00 a.m. Given additionally scheduling issues faced by defense counsel, Robert Lyons, and his vacation schedule, defendant Gonzalez will not be able to proceed with a change of plea on June 18, 2014. Accordingly, the parties stipulate that the change of plea hearing presently scheduled for June 18, 2014 be continued for to June 24, 2014, at 9:30 a.m., which corresponds to the status date for all of the remaining co-defendnats. Time has previously been excluded through July 2, 2014 from the Speedy Trial Act calculations for effective preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) by other counsel, and the parties join in that exclusion by this stipulation..

MELINDA HAAG
United States Attorney

Dated: May 5, 2014

_____/s/_____
RICHARD CHENG
CHINHAYI COLEMAN CADET
Assistant United States Attorneys

Dated: May 5, 2014

_____/s/_____
ROBERT LYONS
Attorney for Defendant Omar Gonzalez

## [PROPOSED] ORDER

For the reasons stated in the Stipulation to Continue Change of Plea Hearing, and for good cause shown, the Court continues the change of plea hearing with respect to the defendant Omar Gonzalez, which is currently set for June 18, 2014, at 9:30 a.m., to take place instead on **June 24, 2014, at 9:30 a.m.** Speedy Trial Act time is excluded for continuity of defense counsel.

DATED: 6/16/14

_Lucy H. Koh_
HONORABLE LUCY H. KOH
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 13-00833 LHK                                    2